UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DARLENE BROWN-BEZEAR,

                                  Plaintiff,

                -against-

THE CITY OF NEW YORK; et al,

                                Defendants.

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT HORN**

**07 CV 6675 (PAC) (KNF)**

------------------------------------------------------------------------X

        I, MICHAEL PETER KUSHNER, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

        1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.  On July 24, 2007, at approximately 3:54 p.m., I served the summons and complaint in this matter on defendant COMMISSIONER MARTIN F. HORN by delivering a copy of same to CLERK MADELYN SANTANA, a person of suitable age and discretion at defendant's place of business, within the state, at LAW DEPARTMENT OF THE CITY OF NEW YORK, 100 Church Street, New York, New York.  This person is a Hispanic female, approximately 30 years old, and approximately 5' 6" tall.

        2.     Thereafter, on August 5, 2007, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:     New York, New York
             August 5, 2007

                                        /s/ Michael P. Kushner_____
                                        MICHAEL PETER KUSHNER (MK 6117)
                                        350 Fifth Avenue, 68th Floor
                                        New York, New York 10118