```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

DARLENE BROWN-BEZEAR

                    Plaintiff,
                                              NOTICE OF CHANGE OF
          -against-                           ADDRESS

THE CITY OF NEW YORK, et al.,                 07 CV 6675

                    Defendants.
------------------------------------ x
```

     PLEASE TAKE NOTICE that I represent the plaintiff in this case and that my address has been changed to:

> Michael Peter Kushner, Esq
> 350 Fifth Avenue
> 68th Floor
> New York, New York 10118

     PLEASE TAKE FURTHER NOTICE that my phone and fax numbers have been changed to:   212.378.4326 (phone); 212.378.4325 (fax).

     Please update my address in the Court's docket and send all future correspondence and notices to my new address.

Dated:   New York, New York
         September 24, 2007

                                         Respectfully submitted,

                                         /s/ Michael P. Kushner_____
                                         MICHAEL PETER KUSHNER, ESQ. (MK 6117)
                                         *Attorney for Plaintiff*
                                         350 Fifth Avenue
                                         68th Floor
                                         New York, New York 10118
                                         212.378.4326
                                         mkushner@blanch-law.com

To:   All Counsel (by ECF)