# MICHAEL P KUSHNER
## ATTORNEY AT LAW

350 FIFTH AVENUE, 68ᵀᴴ FL      Tel: (212) 378-4326
EMPIRE STATE BUILDING      Fax: (212) 378-4325
NEW YORK, NEW YORK 10118   Email: mkushner@blanch-law.com

ADMITTED NY

April 17, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 7 2008

VIA ECF

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Brown-Bezear v. City of New York; 07-cv-6675 (PAC)

Your Honor:

I represent the plaintiff in the above-referenced matter. Pursuant to the April, 16, 2008 pre-trial conference, plaintiff respectfully requests Your Honor's permission to file the First Amended Complaint. A.C.C. Susan Scharfstein, counsel for defendants has already provided plaintiff with the service information for the five newly named defendants. It is plaintiff's intention to have all five newly added defendants served by Friday, April 25, 2008. Thank you for your consideration.

Respectfully submitted,

/s/Michael P. Kushner
Michael P. Kushner, Esq. (MK 6117)

Cc: A.C.C. Susan Scharfstein (VIA ECF)

**MEMO ENDORSED**

SO ORDERED: APR 1 7 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE