UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DARLENE BROWN-BEZEAR,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK; et al,

                              Defendants.

**DECLARATION OF SERVICE OF FIRST AMENDED SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT P.O. EDITH SANTIAGO, SHIELD # 23968**

**07 CV 6675(PAC)**

------------------------------------------------------------------------X

        I, MICHAEL PETER KUSHNER, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

        1.    I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On April 24, 2008, at approximately 2:30 p.m., I served the first amended summons and first amended complaint in this matter on defendant P.O. EDITH SANTIAGO by delivering a copy of same to Lt. Lawrence Dower, Integrity Control Officer, a person of suitable age and discretion at defendant's place of business, within the state, at Police Headquarters, Employee Management Division, One Police Plaza, New York, New York. This person is a Caucasian male, approximately 48 years old, and approximately 6' tall.

        2.    Thereafter, on April 24, 2008, I mailed a copy of the first amended summons and first amended complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:       New York, New York
                 April 24, 2008

                                  /s Michael P. Kushner

                                  MICHAEL P. KUSHNER (MK 6117)
                                  350 Fifth Avenue, 68th Floor
                                  New York, New York 10118