UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DARLENE BROWN-BEZEAR,

                       Plaintiff,

          -against-

THE CITY OF NEW YORK; et al,

                      Defendants.

**DECLARATION OF SERVICE OF FIRST AMENDED SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT P.O. MICHAEL KANE, SHIELD # 29842**

**07 CV 6675(PAC)**

------------------------------------------------------------------------X

       I, MICHAEL PETER KUSHNER, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

       1.    I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On April 25, 2008, at approximately 1:00 p.m., I served the first amended summons and first amended complaint in this matter on defendant P.O. MICHAEL KANE, SHIELD # 29842 by delivering a copy of same to DESK SGT. HETTINGER, a person of suitable age and discretion at defendant's place of business, within the state, at the NYPD 18th Precinct, located on 306 West 54th Street, New York, New York. This person is a Caucasian male, approximately 40 years old, and approximately 5'10' tall.

       2.    Thereafter, on April 25, 2008, I mailed a copy of the first amended summons and first amended complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:       New York, New York
                  April 25, 2008

                                  <u>/s Michael P. Kushner</u>

                                  MICHAEL P. KUSHNER (MK 6117)
                                  350 Fifth Avenue, 68th Floor
                                  New York, New York 10118