UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DARLENE BROWN-BEZEAR,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK; et al,

                                              Defendants.

------------------------------------------------------------------------X

**DECLARATION OF SERVICE OF FIRST AMENDED SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANTS CITY OF NEW YORK, COMMISSIONER RAYMOND W. KELLY AND COMMISSIONER MARTIN F. HORN**

**07 CV 6675(PAC)**

        I, MICHAEL PETER KUSHNER, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

        1.    I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On April 24, 2008, at approximately 11:00 a.m., I served the first amended summons and first amended complaint in this matter on defendants CITY OF NEW YORK, COMMISSIONER RAYMOND W. KELLY, AND COMMISSIONER MARTIN F. HORN by causing an electronic copy of the same to be served on counsel of record for these defendants via this Court's ECF filing system.

Dated:        New York, New York
                April 25, 2008

                                    <u>/s Michael P. Kushner</u>

                                    MICHAEL P. KUSHNER (MK 6117)
                                    350 Fifth Avenue, 68th Floor
                                    New York, New York 10118