USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Darlene Brown-Bezear,

        Plaintiff,

-against-

The City of New York, et al.,

        Defendants.
------------------------------------------------------------X

07 Civ. 6675 (PAC)
ORDER OF DISCOTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that plaintiff accepted a Rule 68 Offer of Judgment[1], it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. In light of the settlement, the conference scheduled for Wednesday, June 25, 2008 at 3:00 PM has been taken off the calendar. The Clerk of Court is directed to close this case.

Dated: New York, New York
       June 12, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

---

[1] See attached letter dated June 11, 2008 form Susan P. Scharfstein.

1



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
212-227-4071
Facsimile: (212) 788-9776
sscharfs@law.nyc.gov

June 11, 2008

**BY HAND**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re: Brown-Bezear v. City of New York, et al., 07 CV 6675 (PAC)

Dear Judge Crotty:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York, Raymond Kelly, Martin Horn, Edith Santiago, Michael Kane, and Steven Quock in the above-referenced action brought pursuant to 42 U.S.C. § 1983.[1]

    I write to advise the Court that plaintiff has accepted a Rule 68 Offer of Judgment that was recently served by the City of New York. As plaintiff is entitled to recover reasonable fees and costs as set forth in the offer, the parties plan to review and discuss those issues in the near future and expect to resolve this entire matter by stipulation and order of settlement and dismissal once we have done so.

    We wish to advise the Court of these developments, as it appears that the pre-trial conference now set for June 25, 2008 at 3:00 a.m., will not be needed. Accordingly, we respectfully request that the conference be cancelled.

---

[1] This office was in the  process of addressing representational issues as to recently-added defendants Paul Casey and Christopher Hewitson when we received written notice of plaintiff's acceptance of the Rule 68 offer.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein (SS 2476)

cc:  Michael P. Kushner, Esq.
     Attorney for Plaintiff
     350 Fifth Avenue, 68th Floor
     New York, NY  10118
     (by hand)

2